UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MICHAEL THOMPSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:10-cv-00234-NT |
| | ) | |
| MICHAEL MILES AND | ) | |
| NANCY CLOUD, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on December 30, 2011 her Recommended Decision and Order on Motion to Strike (Docket No. 46). The Defendants filed their Objection to the Recommended Decision (Docket No. 50) on January 13, 2012. The Plaintiff filed his Objection to the Recommended Decision (Docket No. 51) on January 20, 2012. The Defendants filed their Response to the Plaintiff's objections (Docket No. 52) on February 3, 2012.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is

1

necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Summary Judgment be <u>GRANTED</u> to the Defendants on the remaining claims against them -- Count I (breach of contract), Count III (fraud), Count IV (negligent misrepresentation) and Count VI (unfair trade practice).

3. It is further <u>ORDERED</u> that the Defendant's objection to the Magistrate Judge's order denying Defendant's Motion to Strike is <u>OVERRULED</u>.

SO ORDERED.

<u>/s/ Nancy Torresen</u>
UNITED STATES DISTRICT JUDGE

Dated this 30th day of March, 2012